UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL ALCANTAR SOTO, | No. 2:17-cv-1002 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| M.E. SPEARMAN, | |
| Respondent. | |

Petitioner has requested a sixty-day extension of time to file objections to the September 8, 2022 findings and recommendations. The current deadline is October 3, 2022. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 20) is GRANTED; and

2. Petitioner shall have an additional sixty days, up to December 2, 2022, to file objections to the September 8, 2022 findings and recommendations.

DATED: September 28, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE