UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL ALCANTAR SOTO, | No. 2:17-cv-1002 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| M.E. SPEARMAN, | |
| Respondent. | |

Petitioner has requested a second, sixty-day extension of time to file objections to the September 8, 2022 findings and recommendations. ECF No. 23. The current deadline is December 2, 2022. ECF No. 21. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 23) is GRANTED; and
2. Petitioner shall have an additional sixty days, up to January 31, 2023, to file any objections. No further extensions shall be granted absent a showing of extraordinary circumstances.

DATED: November 15, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE